IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MARCUS DURELL HOOKS,           )
    Petitioner,               )
                               )
vs.                            )  Case No. CIV-11-0727-F
                               )
JOSEPH TAYLOR, Warden,         )
                               )
    Defendant.                )

## ORDER

The Report and Recommendation of Magistrate Judge Doyle W. Argo (doc. no. 5) recommends that this case be transferred to the United States District Court for the Eastern District of Oklahoma. Petitioner has filed a notice stating that he has no objection to the Magistrate Judge's recommendation that his petition for a writ of habeas corpus be transferred to the Eastern District of Oklahoma. (Doc. no. 6.) Having reviewed the Report, and with there being no objection, the Report and Recommendation is **ACCEPTED, ADOPTED** and **AFFIRMED**, and this action is hereby **TRANSFERRED** to the United States Court for the Eastern District of Oklahoma.

Dated this 21st day of July, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

11-0727p001.wpd